UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

_____

| | |
|---|---|
| KAREN ABNER, | CASE NO._____ |
|       Plaintiff, | |
| | Judge _____ |
|       vs. | Magistrate Judge _____ |
| LVNV FUNDING, LLC, | |
|       Defendant. | |

_____

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**
**(FEDERAL QUESTION)**

_____

PLEASE TAKE NOTICE that Defendant LVNV Funding, LLC ("LVNV") hereby removes to this Court the state court action described below.

1.  On August 21, 2013, Plaintiff Karen Abner ("Plaintiff") commenced an action in the District Court, 41st Judicial District of Jackson County, State of Kentucky, entitled and captioned: *KAREN ABNER V. LVNV FUNDING, LLC* and assigned Case No.: 13-C-00077. A copy of the Complaint served on LVNV is attached and marked as Exhibit "A".

2.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by LVNV pursuant to 28 U.S.C. § 1441 in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3.  LVNV was served on August 23, 2013.

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), LVNV will give notice of the filing of this notice to the Plaintiff and to the clerk of the District Court, 41st Judicial District of Jackson County, State of Kentucky, where the action is currently pending.

WHEREFORE, LVNV respectfully requests that the above captioned matter currently pending in the District Court, 41st Judicial District of Jackson County, State of Kentucky, be removed to this Honorable Court.

DATED this 12th day of September, 2013.

Respectfully submitted:

/s/ Kevin Ray Feazell
Kevin Ray Feazell
537 East Pete Rose Way
Suite 400
Cincinnati, OH  45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com

Trial Attorney for LVNV Funding, LLC

2395881v1

## CERTIFICATE OF SERVICE

The undersigned further certifies that a true copy of the foregoing NOTICE OF REMOVAL was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 12th day of September, 2013, properly addressed as follows:

FOR PLAINTIFF KAREN ABNER

Kenneth J. Henry
Henry & Associates, PLLC
331 Townepark Circle, Suite 200
Louisville, KY 40243

/s/ Kevin Ray Feazell
Kevin Ray Feazell

586042.1

2395881v1