COMMONWEALTH OF KENTUCKY
41st JUDICIAL DISTRICT
JACKSON DISTRICT COURT
CIVIL ACTION NO. 13-C-00077



FILED CIRCUIT/DISTRICT COURT
AUG 21 2013
DORIS K. WARD, CLERK D.C.

KAREN ABNER                                                                               PLAINTIFF

v.                                       **COMPLAINT**

LVNV FUNDING, LLC                                                                       DEFENDANT

\* \* \* \* \* \* \*

This is an action for damages by Plaintiff, Karen Abner, a consumer against a debt collector, LVNV Funding, LLC, pursuant to the Fair Debt Collection Practices Act ("FDCPA") 15 USC § 1692 *et seq*.

### PARTIES

1. Ms. Abner at all times relevant herein was a resident and citizen of Jackson County, Kentucky. Ms. Abner is a "consumer" as defined at 15 USC §1692a(3).

2. LVNV is a Delaware limited liability company with a principal place of business at 15 South Main Street, Suite 600, Greenville, SC 29601. LVNV is a "debt collector" as defined at 15 USC §1692a(6).

### JURISDICTION AND VENUE

3. Ms. Abner adopts and incorporates all averments in numerical paragraphs 1 through 2 above as if fully set forth herein.

4. The damages sought herein are within the jurisdictional limits of this Court.

5. The acts complained of herein occurred in Jackson County, Kentucky.

6. LVNV conducts business in Kentucky.



A

7. This Court has jurisdiction over this matter, and venue properly lies in the Jackson District Court.

## FACTUAL ALLEGATIONS

8. Ms. Abner adopts and incorporates by reference all averments in paragraphs 1 through 7 above as if fully set forth herein.

9. Ms. Abner had a Chase Bank USA credit card account ending in 6339 which was charged off by Chase in March 2011.

10. LVNV purchased the charged off debt in May 2011.

11. LVNV began adding charges and interest to the debt to which it was not entitled by contract or law.

12. LVNV caused Ms. Abner's telephone to ring so often in attempts to collect the alleged debt that it constituted harassment.

## COUNT I: VIOLATION OF THE FDCPA

13. Ms. Abner adopts and incorporates by reference all averments in numerical paragraphs 1 through 12 above as if fully set forth herein.

14. LVNV's acts and/or omissions detailed herein above constitute multiple violations of the Fair Debt Collection Practices Act including, but not limited to:

   a. Violation of 15 USC §1692f(1) by seeking money it was not entitled to by contract or law; and

   b. Violation of 15 USC §1692d(5) by incessantly causing Ms. Abner's telephone to ring in such was as to cause annoyance and harassment.

15. Ms. Abner is entitled to statutory damages and/or such actual damages as she may prove at trial of this matter because of LVNV's violations of the FDCPA.

## COUNT II: PUNITIVE DAMAGES

16. Ms. Abner adopts and incorporates by reference all averments in numerical paragraphs 1 through 15 above as if fully set forth herein.

17. LVNV's acts described herein above were taken with actual malice and/or recklessly in contravention of Ms. Abners rights and property.

18. Ms. Abner is entitled to an award of punitive damages in such amount as the trier of fact may find right and just at trial of this matter.

WHEREFORE, Plaintiff, Karen Abner, respectfully demands as follows:

1. Judgment on all Counts of her Complaint;

2. Award of statutory damages or such actual damages as she may prove at trial of this matter;

3. Award of punitive damages in such amount as the trier of fact may find right and just at trial of this matter;

4. Prejudgment interest at the maximum legal rate;

5. Post judgment interest at the maximum legal rate until such judgment be satisfied;

6. Leave to amend her Complaint as proof develops;

7. Award of her reasonable attorney fees and costs expended herein; and

8. Any and all other relief to which she may appear reasonably entitled.

Respectfully submitted,

*Kenneth J. Henry*
Kenneth J. Henry
Henry & Associates, PLLC
331 Townepark Circle
Suite 200
Louisville, KY 40243
ken.henry@henry-legal.com
(502) 245-9100
*Counsel for Plaintiff, Karen Abner*



DI 13-C-00077
741001

Doris Kay Ward
Circuit Court Clerk
Jackson Circuit & District Court
Jackson County Judicial Center
100 First Street, P.O. Box 84
McKee, Kentucky 40447-0084



7010 3090 0000 1233 3226

LVNV,
15 SOUTH MAIN STREET
SUITE 600
GREENVILLE SC 29601

RECEIVED

AUG 2 3 2013

2960182768 C002