Eastern District of Kentucky
**FILED**
APR 17 2014
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| KAREN ABNER, | CIVIL ACTION NO. 6:13-172 |
| Plaintiff, | |
| V. | ORDER |
| LVNV FUNDING, LLC, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter having come before the Court by a Voluntary Motion to Dismiss (DE 12),

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines and scheduled hearings are **SET ASIDE**.

3. This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated this 17th day of April, 2014.

_____
KAREN K. CALDWELL
CHIEF JUDGE, U.S. DISTRICT COURT